UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CEM BUILDERS, INC., et al.,<br><br>Defendants. | Case No. 17-cv-03524-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 41 |

The Court has reviewed Magistrate Judge Elizabeth D. Laporte's report and recommendation. Dkt. No. 41. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

The Court agrees with Magistrate Judge Laporte's well-reasoned report and recommendation. The Court consequently adopts it in full, grants plaintiffs' motion for default judgment (Dkt. No. 25) for the reasons stated in Magistrate Judge Laporte's report and recommendation, and orders defendants CEM Builders, Inc. d/b/a Tucker Engineering and Tucker Engineering, Inc. to pay to plaintiffs $888,042.80 in damages and $65,979.91 in attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 4, 2018

JAMES DONATO
United States District Judge